AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**
**Western District of New York**

| | |
|---|---|
| **United States of America** | |
| **v.** | **Case No. 23-mj-1173** |
| **GREGORY TROTTER** | |
| _____ | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 30, 2022, in the County of Erie, in the Western District of New York, the defendant did knowingly and willfully making any materially false, fictitious, or fraudulent statement in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, in violation of Title 18, United States Code, Section 1001(a)(2).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

JASON A. KAMMERAAD
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
_____
*Printed name and title*

Sworn to and signed telephonically.

_____
*Judge's signature*

Date: November 28, 2023

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
_____
*Printed name and title*

City and State:  Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE         )      SS:
CITY OF BUFFALO       )


**JASON A. KAMMERAAD**, being duly sworn, deposes and says:


## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2017.   I am currently assigned to the Buffalo Field Office.   My duties include the investigation of public corruption offenses. As such, I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.   Prior to becoming a Special Agent, I was employed as a Sheriff's Deputy for approximately 12 years in Collier County, Florida.


2.      I, along with other agents of the FBI and Homeland Security Investigations (HSI) have been investigating crimes related to public corruption, bribery, drug trafficking, sex trafficking, and witness tampering.   To date, the investigation has resulted in several indictments, including a pending Second Superseding Indictment in Case No. 19-CR-227-LJV, which charges an individual, Peter Gerace Jr. ("Gerace"), with violations of federal law

consisting of:  conspiracy to defraud the United States, in violation of 18 U.S.C. § 371 (Count 2), bribing a public official, in violation of 18 U.S.C. § 201(b)(1)(A) and (b)(1)(C) (Count 6), maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 (Count 7), conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count 8), and conspiracy to commit sex trafficking, in violation of 18 U.S.C. § 1594(c) (Count 9).  *See* Case No. 19-CR-227, Dkt. No. 89.

3.     As set forth in the above-referenced Second Superseding Indictment, the investigation and charges include, among other things: drug and sex trafficking activities that have occurred in and around Pharaohs Gentlemen's Club.

4.     The information contained in this affidavit is based upon your affiant's personal knowledge as well upon reports, charging documents, and information received from other law enforcement officers and agencies and from other law enforcement activities.  Because this Affidavit is being submitted for a limited purpose, that is, a probable cause determination, I have not presented all of the facts of this investigation to date.  I have set forth only the information I believe to be necessary to establish probable cause.

5.     This affidavit is submitted in support of a Criminal Complaint charging **GREGORY TROTTER** ("**TROTTER**") with violations of Title 18, United States Code, Sections 1001(a)(2) (knowingly and willfully making any materially false, fictitious, or fraudulent statement in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States.

## THE RELEVANT STATUTES

6.     Title 18, United States Code, Section 1001(a)(2) makes it unlawful to knowingly and willfully make any materially false, fictitious, or fraudulent statement in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States.

## PROBABLE CAUSE

## BACKGROUND OF INVESTIGATION

7.     On October 31, 2019, a federal grand jury in the Western District of New York returned an eleven-count indictment against an individual, Joseph Bongiovanni, for violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Sections 371, 201(b)(2)(A), 201(b)(2)(C), 1001(a)(2), and 1519.  *See* Case No. 19-CR-227, Doc. No. 1.  The Indictment contained references to, among other things, unindicted Coconspirator 1 and Pharaohs Gentlemen's Club (PGC), located at 999 Aero Drive, Cheektowaga, New York.

8.     On November 29, 2019, law enforcement applied for and received search warrants authorizing the searches of a residence associated with Peter Gerace, Jr. ("Gerace"), who was then only referenced as unindicted Coconspirator 1, and PGC.

9.     On December 12, 2019, law enforcement executed the search warrants at both locations.  Thereafter, there was significant media coverage of these search warrants, including about Gerace and PGC.

10. The investigation to date has established that Gerace has substantial contacts in law enforcement, including at the federal, state, and local level, and with members of the judiciary. The investigation has further determined that Gerace has at times attempted to improperly leverage these relationships. At all times relevant to this Criminal Complaint, it was material to the government's investigation, among other things, to identify: (i) Gerace's relationship with members of law enforcement; (ii) the nature and extent of Gerace's contacts and communications with law enforcement; (iii) members of law enforcement with a personal relationship with Gerace; (iv) incidents, matters, investigations, and arrests involving members of law enforcement with a relationship with Gerace; (v) incidents, matters, investigations, and arrests of individuals with interests adverse to Gerace by members of law enforcement with a relationship with Gerace; (vi) members of law enforcement who have shared information about incidents, matters, law enforcement sensitive techniques, investigations, arrests, and/or any other law enforcement sensitive information with Gerace.

11. In connection with the above investigation, on September 30, 2022, another federal law enforcement officer and I interviewed **TROTTER**. The purpose of the interview was, among other things, to determine the extent of the relationship between **TROTTER** and Gerace. A particular focus of the interview was **TROTTER'S** involvement in an incident, described below, that occurred in the spring of 2019 involving the reported theft of Gerace's watch.

12. On or about March 4, 2019, Gerace filed a police report with the Amherst Police Department (APD) regarding a stolen watch. Gerace reported the watch was allegedly

stolen by **VICTIM**, who is a former employee of PGC and former intimate partner of Gerace who previously resided with Gerace for a period of time.

13.     Specifically, on March 4, 2019, at 8:04 p.m., Gerace made an in-station police report stating that his Rolex watch had been stolen by **VICTIM**, as follows:

| NARRATIVE | | | |
|---|---|---|---|
| **POLICE REPORT**   Date Entered: 3/4/2019  8:04:10PM | | **Typist: KATHERINE FRIEH** | **Officer: KATHERINE FRIEH** |

***IN STATION REPORT***

Prosecute : Yes
Larceny : Engraved Rolex watch - approximately $5,000
Time frame : 06/2018 - 07/30/2018

Remarks : Complainant/victim, Peter Gerace, came into APD HQ to report a larceny. Peter stated that he used to reside at 95 Spring Meadow Apt 5 and moved out of the apartment on 7/31/2018. At that time, Peter noticed that the listed Rolex watch (engraved initals PPG) was missing. Suspect, ▓▓▓▓▓ lived with Peter for a short period of time on Spring Meadow, during the listed time frame. She then moved to Las Vegas, but recently moved back and began living with Peter's friend at ▓▓▓▓▓▓. The resident of ▓▓▓▓▓▓ found documents from a pawn shop showing that ▓▓▓▓ had pawned Peter's watched in Las Vegas for $500. Peter currently has a copy of the receipt from the pawn shop, "Super Pawn" - 4635 W Flamingo Rd Las Vegas, NV 89103, showing that the sale was made in ▓▓▓▓ name. Peter desires prosecution and requests detective follow-up.

14.     On or about April 9, 2023, **VICTIM** was arrested and brought to the Amherst Police Department (APD) in the early morning hours.

15.     After **VICTIM** was arrested, a supervisor at the local police department, who does not have a relationship with Gerace, assessed that **VICTIM** had information that would potentially be relevant to federal agents.  As a result, the supervisor contacted a federal agent, and federal agents, including a Homeland Security Investigations ("HSI") Special Agent ("SA"), responded, and interviewed **VICTIM** at the local police department.

16.     The information **VICTIM** provided was relevant to the ongoing federal investigation into Gerace and PGC, and investigation that was being conducted before a Federal Grand Jury, which would later result in the filing of the Indictment in Case No. 19-CR-227-JLS, which was a predecessor to the pending Second Superseding Indictment in Case No. 19-CR-227.

17.     On or about April 27, 2019, subsequent to the agents' interview of **VICTIM** and other ongoing investigation, Gerace's cellular telephone was seized pursuant to border search authority and obtained by HSI.

18.     Shortly after speaking with federal agents, it appears that **VICTIM'S** cooperation with federal agents was discovered and **VICTIM** was assaulted by a former PGC employee and loyal friend of Gerace, Jessica Leyland, who is charged by Criminal Complaint with witness tampering for assaulting **VICTIM**.  *See* Criminal Complaint 23-mj-5229, which is attached hereto and incorporated herein by reference as **Exhibit 1**.

19.     Specifically, in or about July 2019, and after **VICTM** had provided information about Gerace and PGC to federal law enforcement, **VICTIM** was assaulted by Leyland while **VICTIM** was a patron at a local restaurant/bar. While at the restaurant/bar, Leyland approached **VICTIM** and asked if she could speak with **VICTIM**. Immediately after agreeing to speak to Leyland, Leyland told **VICTIM** that Leyland heard **VICTIM** was, "**talking to**

the Feds" and "**what the fuck is wrong with you?**" Leyland then told **VICTIM**, "**I'm going to fucking kill you**" while simultaneously placing the **VICTIM** in a "headlock."[1]   The **VICTIM** understood these threats and actions as relating to cooperating with the "Feds" against Gerace.

20.    The **VICTIM** later explained to federal agents that the assault on the **VICTIM's** person by Leyland made the **VICTIM** "nervous." The **VICTIM** stated the **VICTIM** felt nervous because the assault by Leyland occurred subsequent to the **VICTIM** providing information to federal law enforcement regarding Gerace's criminal activity as well as Leyland mentioning that the **VICTIM** was speaking to the "Feds."  The **VICTIM** could not figure out how, and did not know, how Leyland was aware of the fact that **VICTIM** spoke with federal agents. **VICTIM** stated that she had not told anyone that she had provided information to federal law enforcement.

21.    In the course of the investigation into how information about **VICTIM'S** cooperation with federal law enforcement came to be known by Leyland, the FBI's investigation identified **TROTTER** as a detective of APD with a relationship with Gerace and who had been involved in **VICTIM'S** arrest.

---

[1] A headlock is defined as placing an arm around someone's head or neck in an effort to control the person's body and is often used in wrestling matches. A headlock can also be manipulated in such a way as to restrict the blood flow from the heart to the brain and causing the individual to pass out and eventually die if circulation of blood to the brain is not reestablished.

22.     As stated above, on September 30, 2022, members of the FBI interviewed **TROTTER**.  During the interview, **TROTTER** made a series of materially false, fraudulent, and fictitious statements that attempted to minimize his relationship with Gerace and his involvement in VICTIM's arrest.

23.     During the interview, **TROTTER** was asked about his relationship with Gerace, his involvement with the investigation of Gerace's allegedly stolen watch, and his involvement in the arrest of **VICTIM**.  **TROTTER'S** responses in each of the categories of inquiry was materially false, fictitious, and fraudulent.

24.     For example, **TROTTER** stated, "**I think my last interaction with [Gerace] was Jan of 2017.**"  **TROTTER'S** statement was false, fraudulent, and fictitious because, in truth and in fact, and as **TROTTER** then and there well knew, **TROTTER** had provided Gerace with his personal cellphone number[2] in December 2018 and thereafter had been in communication with Gerace in the days weeks and months leading up to **VICTIM'S** arrest in 2019, including arranging social encounters, as follows:

---

[2] Prior to this point, **TROTTER** appears to have communicated with Gerace using another phone number or numbers.

**Greg Trotter (+1716███8303)**                                    □ Received
                                                           12/20/2018 9:03:20 PM
It's Trotter. I talked to ███ yesterday. Thanks for the invite but unfortunately I
have to work till 11pm tonight.

**Local User**                                                         □ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
                                                           12/20/2018 9:18:17 PM
Is this your new number I keep sending you messages and I get no responses

**Local User**                                                         □ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
                                                           12/20/2018 9:18:30 PM
That's sucks you working afternoons now

**Local User**                                                         □ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
                                                           12/20/2018 9:18:50 PM
Love to see you for a Holiday drinks soon

**Greg Trotter (+1716███8303)**                                    □ Received
                                                           12/20/2018 9:18:53 PM
Yeah. Sorry, thought you had this one

**Local User**                                                         □ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
                                                           12/20/2018 9:19:06 PM
No I have it now keep in touch we got to get a drink

**Greg Trotter (+1716███8303)**                                    □ Received
                                                           12/20/2018 9:19:30 PM
Absolutely, let's get a drink soon

9

**Greg Trotter (+1716████8303)**
☐ Received
12/20/2018 9:20:24 PM
What time you hanging out up there till tonight?

**Local User**
☐ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
12/20/2018 9:27:33 PM
Usually 10 or 11 I started at nine this morning

12/20/2018 9:27:47 PM
Should I get rid of the other phone number

**Greg Trotter (+1716████8303)**
☐ Received
12/20/2018 9:32:09 PM
Well if I can get out early I'll shout you a text

**Greg Trotter (+1716████8303)**
☐ Received
12/20/2018 9:32:21 PM
Yeah, dump it

**Local User**
☐ Sent
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
12/20/2018 9:32:40 PM
Ok. Thanks if not maybe between the holidays

**Greg Trotter (+1716████8303)**
☐ Received
12/20/2018 9:44:02 PM
Sounds good

\*\*\*

10

**Greg Trotter (+1716███8303)**

☐ Received
1/25/2019 9:54:38 PM

Hey buddy. Sorry forgot to text back the other day. Let's make this happen soon.
I'm working nights next week, so probably the following week

☐ Sent

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
1/26/2019 5:59:25 PM

Ok

☐ Sent

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
3/6/2019 8:54:50 PM

Let me know if you golf we set up a little golf trip just to Ellicott Ville we get about 12 to 16 guys. We have a riot

☐ Sent

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
3/6/2019 8:55:27 PM

My one lawyer build the 5600 square-foot house up in the mountain. We go barhopping after grab dinner great time

☐ Sent

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
3/6/2019 8:55:52 PM

Andy has 100 acres of land we got the four seat buggies. Go flying through the woods

☐ Sent

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
3/6/2019 8:59:47 PM

And he. Not Andy. Lol

**Greg Trotter (+1716███8303)**

☐ Received
3/6/2019 9:00:24 PM

That sounds tempting...



25.     Indeed, extraction data from Gerace's cell phone, which was seized on April 27, 2019, demonstrates consistent communications between **TROTTER** and Gerace from December 20, 2018, when **TROTTER** texted Gerace thereby providing Gerace with **TROTTER'S** new phone number, until April 17, 2019, after **VICTIM'S** arrest, as follows:

---

[3] All of **TROTTER'S** texts are in gray, and all of Gerace's texts are in Blue.



**MATCHING RESULTS** (170 of 458,673)

| Item | Type | Artifact c... | Date and time | |
|------|------|---------------|---------------|---|
| Greg | Apple Contacts - iOS | Mobile | 3/18/2017 7:05:19 PM | |
| +1716███303 | Identifiers | Refined Results | | |
| Greg  Trotter (+1716███303) | Identifiers | Refined Results | | |
| Greg  Trotter (+1716███303) | Identifiers | Refined Results | | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:03:20 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:18:17 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:18:30 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:18:50 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:18:53 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:19:06 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:19:30 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:20:24 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:27:33 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:27:47 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:32:09 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:32:21 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:32:40 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 12/20/2018 9:44:02 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 1/22/2019 2:53:14 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 1/22/2019 2:53:34 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 1/22/2019 2:53:43 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 1/25/2019 9:54:38 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 1/26/2019 5:59:25 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/5/2019 12:42:11 AM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:34:03 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:34:32 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:43:26 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:43:40 PM | |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:44:15 PM | |
| Greg  Trotter (+1716███303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:45:40 PM | |

Column view

13

| | | | |
|---|---|---|---|
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:46:16 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:46:28 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:47:52 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:48:10 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:48:47 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:48:54 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:49:32 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:50:15 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:50:25 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:50:36 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:50:44 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:51:23 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:51:28 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:51:34 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:53:58 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:51:46 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:54:23 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:54:50 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:55:27 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:59:47 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 8:55:52 PM |

| | | | |
|---|---|---|---|
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:00:24 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:00:57 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:01:13 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:01:42 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:04:27 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:05:59 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:05:18 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/6/2019 9:05:05 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 1:37:40 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 1:52:05 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 5:46:55 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/7/2019 6:03:27 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 6:03:52 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 6:04:03 PM |
| Greg  Trotter (+1716███8303) | iOS iMessage/SMS/MMS | Chat | 3/7/2019 6:04:03 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 6:04:09 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/7/2019 10:30:12 PM |

| | | | |
|---|---|---|---|
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/7/2019 10:51:51 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:36:23 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:45:30 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:48:52 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:49:40 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:50:02 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:50:23 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:50:35 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:51:00 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/8/2019 8:55:16 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 1:11:20 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 1:14:51 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 1:27:21 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 1:36:37 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 2:16:48 PM |

| | | | |
|---|---|---|---|
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 2:56:27 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:19:38 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:20:22 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:20:27 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:20:54 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:22:09 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:22:37 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:23:02 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:32:16 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:37:35 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:39:07 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:40:24 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/11/2019 3:40:28 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/12/2019 10:57:22 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/12/2019 10:59:35 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/12/2019 11:13:33 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/12/2019 11:13:37 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/12/2019 11:13:46 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/12/2019 11:52:24 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/12/2019 11:52:48 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/17/2019 12:55:33 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:26:10 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:36:27 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:37:24 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:37:50 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:38:01 PM |
| Greg  Trotter (+1716███3303) | iOS iMessage/SMS/MMS | Chat | 3/22/2019 2:38:11 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/27/2019 2:01:05 PM |

| | | | |
|---|---|---|---|
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 3/27/2019 7:01:35 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 3/27/2019 7:01:55 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/5/2019 3:06:02 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/5/2019 3:40:20 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:55:43 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:55:48 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:57:50 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:58:13 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:56:50 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:56:32 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:58:51 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 12:58:35 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 1:51:44 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 1:52:05 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:02:12 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:13:41 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:14:06 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:14:19 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:14:52 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:15:50 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:36:09 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:36:30 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:36:38 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:36:58 AM |

| | | | |
|---|---|---|---|
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:37:43 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:38:14 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:40:23 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:40:37 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:40:52 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:41:47 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:41:50 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:41:57 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:42:23 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:42:40 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:42:55 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:43:04 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:43:14 AM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/9/2019 2:43:29 AM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/9/2019 8:07:48 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/11/2019 2:25:31 PM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/11/2019 3:21:33 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/11/2019 5:03:45 PM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/11/2019 5:07:57 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/11/2019 5:20:10 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:26:05 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:26:11 PM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:47:28 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:49:34 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:49:41 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:49:48 PM |
| Greg Trotter (+1716█████303) | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:51:50 PM |
| Local User <26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip> | iOS iMessage/SMS/MMS | Chat | 4/17/2019 7:52:12 PM |
| VAL_VALValet_initWithSharedAccessGroupIdentifier:accessibility:_CommonCash_Acce... | Apple Keychain Generi... | Operating System | 2/27/2018 7:32:32 PM |

26.     Further, **TROTTER** falsely, fraudulently, and fictitiously disavowed his role in the investigation into Gerace's stolen Rolex and **VICTIM'S** arrest.   In particular, **TROTTER** made the following statements:

    i.    "**My involvement in that [case] was [my partner and I] had to go to Peter's house and have him sign a victim statement**."

    ii.    "**[Gerace] actually <u>never</u> reached out to me about that case at all, think it was 2019.**"

    iii.    "**<u>Never</u> contacted me about it.**"

    iv.    "**I vividly remember going to his house to sign the statement. But it wasn't my case so I didn't really have any involvement. I truly don't remember. Because Jeff did it all.**"

    v.    "**Believe it or not I was surprised that [Gerace] <u>didn't reach out to me about that case</u>**."

    vi.    "**No like I said, he [Gerace] <u>never</u> contacted me about that one. <u>And if he did call me I would tell him to call patrol and file a police report</u>.**"

27.     In truth and in fact, and as **TROTTER** then and there well-knew, Gerace reached out to **TROTTER** by text message within hours of filing the police report at APD, as follows:



**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
3/5/2019 12:42:11 AM

I file a report tonight I went right to the station are young girl blonde hair she took my report

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
3/6/2019 8:34:03 PM

Do you happen to see the police report

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
3/6/2019 8:34:32 PM

Because the pawnshop and Vegas metro police said that Amherst police have to get a hold of them and give them the report in order for them to make sure the watch is still there

**Greg Trotter (+1716████8303)**        3/6/2019 8:43:26 PM

I did not. ████████ got assigned the case and will get a hold of you tomorrow or Friday

☐ Sent
**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
3/6/2019 8:43:40 PM

OK thank you I don't think I know him

☐ Sent
**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
3/6/2019 8:44:15 PM

I tried to ask the pawnshop if they still had it they wouldn't answer me but I told him to please hold it because it stolen they said they can't do anything until they hear from somebody they won't even hold it they said or even take the information

☐ Received
**Greg Trotter (+1716████8303)**        3/6/2019 8:45:40 PM

We basically work together. If you're at the club during the day we may stop by

18

28.     Notably, in **TROTTER'S** above-referenced text message to Gerace on March 6, 2019, at 8:45:40 p.m., **TROTTER** indicated that he and another detective may stop by "the club" if Gerace was there during the day.  This message indicates that **TROTTER** intended to go to PGC, the strip club Gerace owns, to meet with Gerace about the alleged theft, rather than having Gerace come to the police station to make a further statement.  **TROTTER'S** apparent willingness to visit Gerace at his strip club is concerning in the context of this overall investigation and is also contrary to **TROTTER'S** subsequent statement to the FBI wherein **TROTTER** claimed, "**No like I said, he [Gerace] never contacted me about that one.  And if he did call me I would tell him to call patrol and file a police report.**"  (Emphasis added).

29.     Thereafter, and despite **TROTTER'S** above-referenced false denials that he was not involved and that Gerace never contacted **TROTTER** about the case, the text messages between Gerace and **TROTTER** reveal that **TROTTER** was heavily involved in the case. Indeed, **TROTTER** texted Gerace with "real time" updates about the investigation and **VICTIM'S** arrest, as follows:



***

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
3/7/2019 10:30:12 PM

Keep me posted and tell him when he's ready to go talk to her to get a hold of me first I'll let him know where she is

**Greg Trotter (+1716███8303)**
☐ Received
3/7/2019 10:51:51 PM

Will do

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
3/8/2019 8:36:23 PM

Any luck yet

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
3/8/2019 8:45:30 PM

And is he going to be going to pick her up soon

**Greg Trotter (+1716███8303)**
☐ Received
3/8/2019 8:48:52 PM

I wasn't there today, I'll talk with him tomorrow

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
3/8/2019 8:49:40 PM

Yeah I just want to make sure that It is still at the pawnshop

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
3/8/2019 8:50:02 PM

And her picked up

**Greg Trotter (+1716███8303)**
☐ Received
3/8/2019 8:50:23 PM

Can't pick her up till we deal with Vegas

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**

☐ Sent

3/8/2019 8:50:35 PM

Cool. Have a good weekend

**Greg Trotter (+1716⬛8303)**

☐ Received
3/8/2019 8:51:00 PM

If I find anything out tomorrow I'll let you know

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**

3/8/2019 8:55:16 PM

OK thank you

***

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**

☐ Sent

3/11/2019 2:56:27 PM

Let me know what's going on with her that girl threw her out of her house and now I have her work schedule from her boss

**Greg Trotter (+1716⬛8303)**

☐ Received
3/11/2019 3:19:38 PM

In court this morning. Pawn shop has a Rolex in their inventory that they are shipping to the main store tomorrow. When they get it they will send pictures of it to us. No need for a new police report



***



30.     FBI agents asked **TROTTER** how he knew where to find **VICTIM** to place her under arrest.  **TROTTER** stated he could not remember how he knew where **VICTIM** was or even arresting the **VICTIM**.   In particular, **TROTTER** stated, ""**I honestly don't remember any of that. I don't even remember picking her up. Was I there?"**  When FBI agents specifically asked, "I just wanted to make sure it wasn't [Gerace] directing you, like hey she's here, doing this."  In response, **TROTTER** stated, "**I don't remember how we came up with that. Drawing a blank on this one.**"  In truth and in fact, and as **TROTTER** then and there well-knew, **TROTTER** and Gerace worked together to orchestrate **VICTIM's** arrest on April 9, 2019, as follows:



31.     Within three minutes of Gerace's initial text of **VICTIM's** location,

**TROTTER** responded:



32.     Gerace replied within seconds:



33.     Thereafter, Gerace texted asking "Are you almost there," and **TROTTER** responded 21 seconds later:

> **Greg Trotter (+1716█████8303)**        □ Received
> We have her                              4/9/2019 1:52:05 AM

34.     Gerace and **TROTTER** continued to text about **VICTM'S** arrest, and **TROTTER** provided real-time updates to Gerace:

25

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
□ Sent
4/9/2019 2:02:12 AM

Ok

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
□ Sent
4/9/2019 2:13:41 AM

Did she admit it

**Greg Trotter (+1716████8303)**
□ Received
4/9/2019 2:14:06 AM

Not at all

**Local User**
**<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>**
□ Sent
4/9/2019 2:14:19 AM

Does she know that you have the receipt from Vegas

**Greg Trotter (+1716████8303)**
□ Received
4/9/2019 2:14:52 AM

She knows nothing

\*\*\*

**Greg Trotter (+1716████8303)**
☐ Received
4/9/2019 2:36:09 AM
What was the number she was texting from?

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
4/9/2019 2:36:30 AM
An email

**Greg Trotter (+1716████8303)**
☐ Received
4/9/2019 2:36:38 AM
What email?

**Greg Trotter (+1716████8303)**
☐ Received
4/9/2019 2:41:57 AM
She'll b spending the night

**Greg Trotter (+1716████8303)**
☐ Received
4/9/2019 2:42:55 AM
She changed her last name to ████?

**Local User**
<26644ba439e06e7433b143dab0a1171edc5b0fd0_files_full.zip>
☐ Sent
4/9/2019 2:43:04 AM
That's her husbands name

**Greg Trotter (+1716████8303)**
☐ Received
4/9/2019 2:43:29 AM
Ok. Making sure she wasn't lying

35.     In total, **TROTTER** sent or received numerous text messages to or from Gerace between March 5, 2019, when Gerace filed the police report regarding his stolen watch, and April 9, 2019, when **VICTIM** was arrested.

36.     Based upon the foregoing, there is probable cause to believe that **TROTTER** made several materially false, fraudulent, and fictitious statements to the FBI regarding his relationship with Gerace, their communications regarding the Rolex watch and arrest of the **VICTIM**, and **TROTTER'S** involvement in **VICTIM'S** arrest.

37.     As shown *supra*, **TROTTER** and Gerace have a relationship that has transcended the typical "Victim/Detective" professional relationship, to the point where **TROTTER** provided very personalized service to Gerace, which included texting from his personal phone, meeting Gerace at PGC, providing real-time updates as to the course and status of the investigation, and seemingly dropping everything to arrest someone located in a different town at Gerace's urging on April 9, 2019, as described above. This is consistent with the fact that **TROTTER** acknowledged during the interview that he has been to PGC socially on several occasions, and with text messages, described above, between Gerace and **TROTTER** wherein they invite the other to various outings to include "drinks" and "golfing."

28

## **CONCLUSION**

38.     Based upon the foregoing, there is probable cause to believe that on September

30, 2022, **GREGORY TROTTER** violated Title 18, United States Code, Section 1001(a)(2)

Accordingly, I respectfully request issuance of the attached Criminal Complaint. [4]

*Jason A. Kammeraad*
_____
JASON A. KAMMERAAD
Special Agent
Federal Bureau of Investigation

Sworn to and signed telephonically
this 28th day of November, 2023.

_____
HONORABLE JEREMIAH J. MCCARTHY
United States Magistrate Judge

[4] The government is requesting the attached criminal complaint and supporting affidavit remain under
seal until further order of the Court.

# EXHIBIT 1

AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

**United States of America**

v.

**JESSICA LEYLAND**
(Counts 1-8), and
**ANDREW CLEMENTS a/k/a Tiger**
(Counts 4-7)

*Defendants*

Case No. 23-mj- 5229
**(FILED UNDER SEAL)**

*[Stamp: UNITED STATES DISTRICT COURT FILED OCT 2 6 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

In or about July 2029, in the Western District of New York, the defendant, **JESSICA LEYLAND**, did knowingly, intentionally, and unlawfully use or attempt to use the threat of physical force against a person with the intent to influence, delay, or prevent the testimony of that person in an official proceeding, in violation of Title 18, United States Code, Section 1512(a)(2)(A).

### COUNT TWO

In or about July 2019, in the Western District of New York, the defendant, **JESSICA LEYLAND**, did knowingly, intentionally, and unlawfully use or attempt to use the threat of physical force against a person with the intent to cause or induce that person to withhold testimony from an official proceeding, in violation of Title 18, United States Code, Section 1512(a)(2)(B)(i).

### COUNT THREE

In or about July 2019, in the Western District of New York, the defendant, **JESSICA LEYLAND**, did knowingly, intentionally, and unlawfully use or attempt to use the threat of physical force against a person with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1512(a)(2)(C).

### COUNT FOUR

From on or about October 13, 2023, the exact date being unknown, until on or about October 24, 2023, in the Western District of New York, the defendants, **JESSICA LEYLAND and ANDREW CLEMENTS a/k/a Tiger**, did knowingly and willfully combine, conspire, and agree together and with others, known and unknown, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

## COUNT FIVE

On or about October 13, 2023, in the Western District of New York, the defendants, **JESSICA LEYLAND** and **ANDREW CLEMENTS a/k/a Tiger**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2.

## COUNT SIX

On or about October 19, 2023, in the Western District of New York, the defendants, **JESSICA LEYLAND** and **ANDREW CLEMENTS a/k/a Tiger**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about October 24, 2023, in the Western District of New York, the defendant, **JESSICA LEYLAND** and **ANDREW CLEMENTS a/k/a Tiger**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about October 25, 2023, in the Western District of New York, the defendant, **JESSICA LEYLAND**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Thomas V. Weis*

_____
*Complainant's signature*

THOMAS V. WEIS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to and signed telephonically.

Date: <u>October 26, 2023</u>

_____
*Judge's signature*

City and State: <u>Buffalo, New York</u>

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

2

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE       )        SS:
CITY OF BUFFALO      )


**THOMAS V. WEIS**, being duly sworn, deposes and says:


## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have
been so employed since March of 2017.   I am currently assigned to the Buffalo Field Office
and to the Safe Streets Task Force within that office.   My duties include the investigation of
drug trafficking and organized crime matters. As such, I am an investigator or law
enforcement officer of the United States, within the meaning of Title 18, United States Code,
Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests
for, the offenses enumerated in Title 18, United States Code, Section 2516.


2.      I, along with other agents of the FBI and Homeland Security Investigations
("HSI") are investigating crimes related to public corruption, bribery, drug trafficking, sex
trafficking, and drug trafficking. To date, the investigation has resulted in several indictments,
including a pending Second Superseding Indictment in Case No. 19-CR-227-LJV, which
charges an individual, "P.G.", with violations of federal law consisting of:  conspiracy to
defraud the United States, in violation of 18 U.S.C. § 371 (Count 2), bribing a public official,
in violation of 18 U.S.C. § 201(b)(1)(A) and (b)(1)(C) (Count 6), maintaining a drug-involved

premises, in violation of 21 U.S.C. § 856(a)(1) and 18 U.S.C. § 2 (Count 7), conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846 (Count 8), and conspiracy to commit sex trafficking, in violation of 18 U.S.C. § 1594(c) (Count 9). See Dkt. No. 89.

3.      As set forth in the above-referenced Second Superseding Indictment, the investigation and charges include, among other things: drug and sex trafficking activities that have occurred in and around Pharaohs Gentlemen's Club ("PGC").

4.      The information contained in this affidavit is based upon your affiant's personal knowledge as well upon reports, charging documents, and information received from other law enforcement officers and agencies and from other law enforcement activities.  Because this Affidavit is being submitted for a limited purpose, that is, a probable cause determination, I have not presented all of the facts of this investigation to date.  I have set forth only the information I believe to be necessary to establish probable cause.

5.      This affidavit is submitted in support of a Criminal Complaint charging JESSICA LEYLAND ("LEYLAND") with violations of Title 18, United States Code, Sections 1512(a)(2)(A) (tampering with a witness- influence, delay, prevent testimony); 1512(a)(2)(B)(i) (tampering with a witness- withhold testimony); 1512(a)(2)(C) (tampering with a witness- communication); and 2 (aiding and abetting).  This affidavit further seeks to charge LEYLAND and ANDREW CLEMENTS a/k/a Tiger, with violations of Title 21, United States Code Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2, as those statutes relate to distribution and conspiracy to distribute controlled substances, including cocaine, a Schedule II controlled substance.

## THE RELEVANT STATUTES

6.      Title 18, United States Code, Section 1512(a)(2)(A) makes it unlawful to use or attempt to use the threat of physical force against any person with the intent to influence, delay, or prevent the testimony of any person in an official proceeding.

7.      Title 18, United States Code, Section 1512(a)(2)(B)(i) makes it unlawful to use or attempt to use the threat of physical force against any person with the intent to cause or induce any person to withhold testimony from an official proceeding.

8.      Title 18, United States Code, Section 1512(a)(2)(C) makes it unlawful to use or attempt to use the threat of physical force against any person with the intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense.

9.      Title 21, United States Code, Section 841(a)(1) makes it unlawful to possess with intent to distribute, and distribute, controlled substances, and Title 21, United States Code Section 846 makes it unlawful to conspire to do the same.

10.     Title 18, United States Code, Section 2 provides that (a) "Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal[;]" and (b) "Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."

3

## PROBABLE CAUSE

## BACKGROUND OF INVESTIGATION

11.     On October 31, 2019, a federal grand jury in the Western District of New York returned an eleven-count indictment against an individual, "J.B.", for violations of Title 21, United States Code, Section 846, and Title 18, United States Code, Sections 371, 201(b)(2)(A), 201(b)(2)(C), 1001(a)(2), and 1519.  See Case No. 19-CR-227, Doc. No. 1.  The Indictment contained references to, among other things, unindicted Coconspirator 1 and Pharaohs Gentlemen's Club (PGC), located at 999 Aero Drive, Cheektowaga, New York.

12.     On November 29, 2019, law enforcement applied for and received search warrants authorizing the searches of a residence associated with "P.G.", who was then only referenced as unindicted Conspirator 1, and PGC.

13.     On December 12, 2019, law enforcement executed the search warrants at both locations.   Thereafter, there was significant media coverage of these search warrants, including about P.G. and PGC.

14.     The investigation, conducted over a period of years, and which included numerous witness interviews, has established that JESSICA LEYLAND is a longtime and loyal associate of P.G., a former employee at PGC, and is an individual who distributed cocaine at PGC and elsewhere.

**TAMPERING, RETALIATION, AND THREATS AGAINST A VICTIM/WITNESS**

15.    Before and after the December 12, 2019, federal search warrants executed at P.G.'s residence and at PGC, law enforcement interviewed numerous individuals regarding the investigation of J.B., P.G., and conduct occurring in and around PGC.

16.    One individual, VICTIM, is a former dancer at PGC who has spent time in an intimate relationship with P.G. as well as resided with P.G. at times.

17.    VICTIM provided information to federal law enforcement about P.G. and PGC in April 2019, after VICTIM was arrested by local authorities for allegedly stealing a watch that belonged to P.G.   Separately, investigation has established that P.G. has a relationship with at least one police officer who was involved in VICTIM's arrest pertaining to the watch.  After VICTIM was arrested, a supervisor at the local police department, who does not have a relationship with P.G., assessed that VICTIM had information that would potentially be relevant to federal agents.  As a result, the supervisor contacted a federal agent, and federal agents, including a Homeland Security Investigations ("HSI") Special Agent ("SA"), responded and interviewed VICTIM at the local police department.

18.    The information VICTIM provided was relevant to the ongoing federal investigation into P.G. and PGC, and investigation that was being conducted before a Federal Grand Jury, which would later result in the filing of the Indictment in Case No. 19-CR-227-

JLS, which was a predecessor to the pending Second Superseding Indictment in Case No. 19-CR-227.

19.     On or about April 27, 2019, subsequent to agents' interview of VICTIM and other ongoing investigation, P.G.'s cellular telephone was seized pursuant to border search authority and obtained by HSI.

20.     Shortly after speaking with federal agents, it appears that VICTIM's cooperation with federal agents was discovered and VICTIM was assaulted by LEYLAND, who is loyal to P.G.

21.     Specifically, in or about July 2019, and after VICTM had provided information about P.G., VICTIM was assaulted by LEYLAND while VICTIM was a patron at a local restaurant/bar. While at the restaurant/bar, LEYLAND approached VICTIM and asked if she could speak with VICTIM. Immediately after agreeing to speak to LEYLAND, LEYLAND told VICTIM that LEYLAND heard VICTIM was, "**talking to the Feds**" and "**what the fuck is wrong with you?**" LEYLAND then told VICTIM, "**I'm going to fucking kill you**" while simultaneously placing the VICTIM in a "headlock."[1]   The VICTIM understood these threats and actions as relating to cooperating with the "Feds" against P.G.

---

[1] A headlock is defined as placing an arm around someone's head or neck in an effort to control the person's body and is often used in wrestling matches. A headlock can also be manipulated in such a way as to restrict the blood flow from the heart to the brain and causing the individual to pass out and eventually die if circulation of blood to the brain is not reestablished.

22.     WITNESS 1 was interviewed by Federal Agents, and WITNESS 1 observed LEYLAND actively assaulting the VICTIM by having the VICTIM in a headlock while at the restaurant/bar.

23.     The VICTIM further explained that the assault on the VICTIM's person by LEYLAND made the VICTIM "nervous." The VICTIM stated the VICTIM felt nervous because the assault by LEYLAND occurred subsequent to the VICTIM providing information to federal law enforcement regarding P.G.'s criminal activity as well as LEYLAND mentioning that the VICTIM was speaking to the "Feds." The VICTIM could not figure out how, and did not know, how LEYLAND was aware of the fact that VICTIM spoke with federal agents.

24.     The VICTIM later was threatened with physical violence by another female associate of P.G., which culminated in a witness tampering indictment against P.G. *See* 23-CR-037.  In particular, the VICTIM was threatened with physical violence and called a "snitch" and "narc". Additionally, the individual who sent the threats referred to P.G. by name in the context of the threats.  Further investigation revealed that P.G. was both with the sender of the threatening text messages at the time the messages were sent and was referring to the VICTIM as a "snitch bitch."

25.    The VICTIM[2] was placed in fear by LEYLAND during the course being physically assaulted and threatened with further violence as a result of the foregoing.

## DRUG DISTRIBUTION BY JESSICA LEYLAND AND ANDREW CLEMENTS

26.    LEYLAND operates a stag company called Extraordinaire Entertainment. Through numerous interviews over a period of time, law enforcement has learned that LEYLAND provides stag party services and often distributes cocaine at stag parties through her company. Additionally, law enforcement has learned that various women, who are often addicted to, or unlawfully use controlled substances, work for LEYLAND and provide "extras," to men at stag parties. The extras include commercial sex acts during stag parties through LEYLAND and her stag company.

27.    After contacting LEYLAND via telephone number 201-600-4921, a phone number obtained from her stag company website, law enforcement operating in an undercover capacity engaged with LEYLAND and discussed having a stag party with her. Additionally, law enforcement engaged LEYLAND in discussions about obtaining drugs from LEYLAND.

28.    As a result, LEYLAND "middled" a drug transaction by placing the undercover law enforcement in contact with a cocaine supplier, ANDREW CLEMENTS, on

---

[2] At the time VICTIM provided the information to federal law enforcement, federal law enforcement had no role in the disposition of VICTIM's arrest pertaining to P.G.'s watch. Subsequently, VICTIM's drug addiction worsened, and eventually VICTIM was charged with in federal court in an unrelated misdemeanor drug case. Since that time, federal agents in conjunction with VICTIM's defense attorneys have aided VICTIM's efforts to obtain drug treatment.

October 13, 2023. As a result, LEYLAND is both a coconspirator and an and abettor with

regarding to cocaine transactions between undercover law enforcement and ANDREW

CLEMENTS, which occurred on the following dates and in the following drug amounts:

> (i)     October 13, 2023: approximately 3.5 grams of cocaine;

> (ii)    October 19, 2023: approximately 8 grams of cocaine; and

> (iii)   October 24, 2023: approximately 8 grams of cocaine.


29.     On October 25, 2023, an undercover officer met with LEYLAND and

purchased an "eight ball" of cocaine directly from LEYLAND, which is approximately 3.5

grams.

## CONCLUSION

30.     Based upon the foregoing, there is probable cause to believe that, on dates set

forth above, JESSICA LEYLAND and ANDREW CLEMENTS a/k/a Tiger violated the

above-referenced statutes.   Accordingly, I respectfully request issuance of the attached

Criminal Complaint, and that the complaint and supporting affidavit remain under seal until

further order of the Court.

*Thomas V. Weis*
_____
THOMAS V. WEIS
Special Agent
Federal Bureau of Investigation

Sworn to and signed telephonically
this 26th day of October, 2023.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge